**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6576**

CLAYTON THOMAS JONES,

        Petitioner - Appellant,

    v.

RONALDO MYERS,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:22-cv-00611-TMC)

Submitted:  August 3, 2022                                            Decided:  August 11, 2022

Before MOTZ, THACKER, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Clayton Thomas Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton Thomas Jones, a former South Carolina pretrial detainee, appeals the district court's order accepting the magistrate judge's recommendation and dismissing Jones' 28 U.S.C. § 2241 petition, in which he challenged his pretrial detention. At the time Jones noted his appeal, he was awaiting trial in South Carolina state court. Jones was convicted during the pendency of this appeal. Because Jones is no longer a pretrial detainee, his appeal is now moot. *See, e.g.*, *Jackson v. Clements*, 796 F.3d 841, 843 (7th Cir. 2015) (per curiam). We therefore dismiss this appeal as moot and deny Jones' motions to expedite and for appointment of counsel.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] We note, however, that Jones could challenge his detention under 28 U.S.C. § 2254 now that he has been convicted in state court. Of course, any such challenge would be subject to the exhaustion requirements specified in section 2254.